## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GENO MITCHELL                                                                                   PLAINTIFF

V.                                          CASE NO.  5:14CV00418 JM

LIBERTY MUTUAL
FIRE INSURANCE COMPANY                                                          DEFENDANT

### ORDER

Pending are the Plaintiff's motions to dismiss. (Docket #23 and 25).  For good cause shown, the motions are GRANTED.  This case is hereby dismissed with prejudice with each party to bear their own costs and attorney's fees.  The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of October, 2016.

_____
James M. Moody Jr.
United States District Judge